# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 25, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

140298 (16)

RAYMOND BETTISON,
      Plaintiff-Appellant,

v

                        SC: 140298
                        COA: 293823

PAROLE BOARD,
      Defendant-Appellee.

_____

      On order of the Chief Justice, the motion for reconsideration of the order of January 5, 2010 is considered and it is DENIED because it does not appear the order was entered erroneously.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 25, 2010

_____
Clerk